IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NORMA LUZ FONTANEZ,
et al.,

    Plaintiffs,

    v.                      CIVIL NO. 97-1050 (RLA)

SRGT. JORGE RIVERA VAZQUEZ,
et al.,

    Defendants.

### ORDER AUTHORIZING DISBURSEMENT OF FUNDS

Plaintiffs' Motion to Withdraw Funds Deposited with the Court, filed on August 24, 1999 (docket No. **83**), is **GRANTED**.

Accordingly, the Clerk of the Court shall issue a check in the amount of **$15,000** payable to plaintiffs' counsel, RAMON M. GONZALEZ, ESQ.

It is further ORDERED that the Clerk of the Court shall issue a check in the amount of **$30,000.00** plus interest accrued on the settlement monies less registry fees payable to plaintiffs: NORMA FONTANEZ, ANTONIO GONZALEZ and RAMON MUÑOZ.

The checks shall be mailed to plaintiffs' attorney at his address of record.

IT IS SO ORDERED.

San Juan, Puerto Rico, this \_\_ day of September, 1999.

                          RAYMOND L. ACOSTA
                          United States District Judge


AO 72
(Rev 8/82)